UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY SCOTT,

                              Petitioner,

                -against-

LEROY FIELDS, Superintendent, Fishkill
Correctional Facility, N.Y.S. DOCCS,

                              Respondent.

20-CV-0810 (LJL)

ORDER TO ANSWER, 28 U.S.C. § 2241

LEWIS LIMAN, United States District Judge:

    Having examined this petition under 28 U.S.C. § 2241, the Court hereby ORDERS that:

    The Clerk of Court shall serve a copy of this order, the petition, and memorandum of law on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York, 10005.

    Within sixty days of the date of this order, Respondent shall file and serve an answer to the petition, and Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

SO ORDERED.

Dated:    February 26, 2020
          New York, New York

_____
                LEWIS LIMAN
          United States District Judge