```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TIMOTHY SCOTT,                                                 :
                                                               :
                              Petitioner,                      :
                                                               :         20-cv-00810 (LJL)
              -v-                                              :
                                                               :              ORDER
LEROY FIELDS,                                                  :
                                                               :
                              Respondent.                      :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The petitioner filed a writ of habeas corpus in this case on January 28, 2020. (Dkt. No. 1.) On February 26, 2020, the Court issued an Order to Answer, which required Respondent— "within sixty days of the date of th[at] order"—to "file and serve an answer to the petition." (Dkt. No. 4.) On March 16, 2020, a return receipt was docketed, which reflects that Respondent was served with the Order to Answer on March 2, 2020. In contravention of the Court's Order, Respondent has failed to respond to the petition.

      On March 16, 2020, the petitioner consented to reference of this case to a magistrate judge for all proceedings including trial, the entry of final judgment, and all post-trial proceedings. (Dkt. No. 6.)

      IT IS HEREBY ORDERED that Respondent shall file and serve an answer to the petition no later than May 26, 2020. The answer shall indicate whether Respondent too consents to reference of this case to a magistrate judge for all proceedings.

      Chambers will mail this Order to Petitioner and Respondent.

      SO ORDERED.

Dated: May 5, 2020  
       New York, New York  
                                                  LEWIS J. LIMAN  
                                                  United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/5/2020