```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TIMOTHY SCOTT,                                                    :
                                                                  :
                                Petitioner,                       :
                                                                  :        20-cv-00810 (LJL)
         -v-                                                      :
                                                                  :             ORDER
LEROY FIELDS,                                                     :
                                                                  :
                                Respondent.                       :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/27/2020

LEWIS J. LIMAN, United States District Judge:

On February 26, 2020, the Court ordered Respondent to answer the petition for habeas corpus in this case within sixty days. (Dkt. No. 4.) Respondent was served with that order on March 2, 2020.

Respondent did not file an answer.

On May 5, 2020, the Court issued a second order, directing Respondent to answer the petition no later than May 26, 2020. (Dkt. No. 7.) That order was mailed to Respondent on May 6, 2020.

Respondent has not filed an answer.

IT IS HEREBY ORDERED that Respondent shall answer the petition and address whether it, like Petitioner, consents to a reference of this case to a magistrate judge for all proceedings (*see* Dkt. No. 6) **no later than June 3, 2020 at 5:00 p.m.** Failure to do so subjects Respondent to the possibility of a default judgment.

SO ORDERED.

Dated: May 27, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge