```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TIMOTHY SCOTT, :
:
Petitioner, :
: 20-cv-00810 (LJL)
-v- :
: ORDER
LEROY FIELDS, :
:
Respondent. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court notes that its May 27, 2020 order was not sent to Respondent. Accordingly, it is revised as follows:

     IT IS HEREBY ORDERED that Respondent shall answer the petition and address whether it, like Petitioner, consents to a reference of this case to a magistrate judge for all proceedings (*see* Dkt. No. 6) **no later than June 29, 2020 at 5:00 p.m.** Failure to do so subjects Respondent to the possibility of a default judgment.

     Chambers will mail a copy of this order to Respondent and will email a copy to the Attorney General's Office. Chambers will also mail a copy of this order and the May 27, 2020 order to Petitioner.

     SO ORDERED.

Dated: June 3, 2020
       New York, New York              _____
                                                            LEWIS J. LIMAN
                                             United States District Judge