```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TIMOTHY SCOTT,                                                     :
                                                                   :
                              Petitioner,                          :
                                                                   :        20-cv-00810 (LJL)
              -v-                                                  :
                                                                   :        ORDER
LEROY FIELDS,                                                      :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/9/2020

LEWIS J. LIMAN, United States District Judge:

    The Government has filed a motion to dismiss (Dkt. No. 16) in this case.

    IT IS HEREBY ORDERED that the Petitioner shall respond to that motion no later than September 10, 2020. The Government shall file any reply within one month of the response being filed.

    If the Petitioner does not file a response to the motion, the Court may consider the motion unopposed. The Clerk of Court is respectfully directed to mail a copy of this order to the Petitioner.

    SO ORDERED.

Dated: July 9, 2020  
       New York, New York

                                        LEWIS J. LIMAN  
                                        United States District Judge