```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TIMOTHY SCOTT,                                                     :
                                                                   :
                                                                   :
                    Petitioner,                                    :
                                                                   :      20-cv-0810 (LJL)
          -v-                                                      :
                                                                   :          ORDER
LEROY FIELDS,                                                      :
                                                                   :
                    Respondent.                                    :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020

LEWIS J. LIMAN, United States District Judge:

      The Government filed a motion to dismiss this habeas corpus petition.  Dkt. No. 16.  By order dated July 9, 2020, this Court ordered Petitioner to respond by September 10, 2020.  Dkt. No. 19.  The order never reached Petitioner, however, because he had been released from prison.  Therefore, the State is directed to provide the Court with the last known address for Petitioner, so that another attempt can be made to provide Petitioner with an opportunity to respond to the motion to dismiss.

      SO ORDERED.

Dated: October 1, 2020  
       New York, New York  
                                              LEWIS J. LIMAN  
                                         United States District Judge