**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY SCOTT,

                      Petitioner,

       -against-                              20 **CIVIL** 810 (LJL)

                                                    **JUDGMENT**

LEROY FIELDS,

                      Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 3, 2020, it is not necessary for the Court to reach the issue of Petitioner's failure to exhaust state law remedies. Respondent's motion to dismiss is GRANTED.

**Dated:**  New York, New York

       December 4, 2020

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                            **BY:**     *K. Mango*

                                                                       **Deputy Clerk**